UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**HBCU PROPERTIES LLC**
PO BOX 1416
Redan, GA 30074

**58−2449498**

Case No.:  **17−54172−bem**
Chapter:  **7**
Judge:  **Barbara Ellis−Monro**

NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis−Monro**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 30, 2018

Form 301